# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

United States of America

v.

SAMUEL HENRY LEWIS

)
) Case No. 1:13-CR-00149 AWI BAM
)
)
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                    ( ) Ad Testificandum.
Name of Detainee:        Fresno County Jail
Detained at (custodian):      1225 M Street, Fresno, CA 93721

Detainee is:    a.)    (X) charged in this district by:
                        (X) Indictment              ( ) Information              ( ) Complaint
                        Charging Detainee With:

        or      b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (X) return to the custody of detaining facility upon termination of proceedings
        or      b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                        currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                Signature:    /s/   Melanie L. Alsworth
                Printed Name & Phone No: Melanie L. Alsworth/ 559-497-4000
                Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

            (X ) Ad Prosequendum              ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date **JULY 22, 2013** and time **1:00
P.M..U.S. District Court before Judge McAuliffe,** recited above, and any further proceedings to be had in this
cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
7/19/2013                                            /s/ Barbara A. McAuliffe
Date                                              United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | SAMUEL HENRY LEWIS | Male | X |
| Booking or CDC #: | 1322925 | DOB: | 05/11/88 |
| | | Race: | Black |
| | | FBI #: | |
| Facility Phone: | Fresno County Jail | | |
| Currently Incarcerated For: | PC25850 Loaded Firearm in Public (Person or Vehicle); PC3455(a) Violation of Probation; HS11378 Possession of Controlled Subst Sale | | |

### RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)