HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL HENRY LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-0149 AWI |
| *Plaintiff,* | STIPULATION AND ORDER ADVANCING STATUS CONFERENCE |
| vs. | |
| SAMUEL HENRY LEWIS, | DATE: November 4, 2013<br>TIME:   10:00 a.m.<br>JUDGE: Anthony W. Ishii |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the hearing currently set for November 12, 2013 at 10:00 a.m., **may be advanced and rescheduled to November 4, 2013 at 10:00 a.m. for a change of plea hearing before the Honorable Anthony W. Ishii.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea November 12, 2013.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 21, 2013 | | By: | */s/ Melanie L. Alsworth*<br>MELANIE L. ALSWORTH<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 21, 2013 | | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorneys for Defendant<br>SAMUEL HENRY LEWIS |

IT IS SO ORDERED.

Dated:   October 22, 2013

_____
SENIOR DISTRICT JUDGE