HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL HENRY LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-0149 AWI |
| Plaintiff, | STIPULATION **ADVANCING** SENTENCING; ORDER THEREON |
| vs. | |
| SAMUEL HENRY LEWIS, | |
| Defendant. | DATE: December 16, 2013<br>TIME: 10:00 a.m.<br>JUDGE: Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, United States Attorney Melanie Alsworth, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Samuel Henry Lewis, that the sentencing hearing currently set for January 13, 2014 at 1:30 p.m., **may be advanced and rescheduled to December 16, 2013 at 10:00 a.m. for sentencing before the Honorable Anthony W. Ishii.**

The parties have received the Presentence Report, and have no substantive objections apart from the addition of a special condition while on supervised release. The parties would like to add as special condition 8 that "Following incarceration, the Defendant shall participate in the Delancey Street program for two years, and if unavailable, an equivalent intensive in-patient drug treatment and life-skills development program, as directed by the probation officer." Additionally, the parties have reached an agreement regarding the appropriate sentence in this

1 | case.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: December 12, 2013     By:   */s/ Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 12, 2013     By:   */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorneys for Defendant
SAMUEL HENRY LEWIS

**O R D E R**

IT IS SO ORDERED.

Dated:   December 12, 2013                    _____
SENIOR DISTRICT JUDGE