1  HEATHER E. LEWIS, Bar #122664
   Federal Defender
2  PEGGY SASSO, CA Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  SAMUEL LEWIS

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:13-cr-00149 JLT-BAM

12              Plaintiff,             **STIPULATION TO CONTINUE STATUS
                                       CONFERENCE; ORDER THEREON**
13  vs.
                                       Date:  August 12, 2022
14  SAMUEL LEWIS,                      Time:  2:00 p.m.
                                       Judge: Hon. Sheila K. Oberto
15              Defendant.

16

17      **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel that the status conference scheduled for August 4, 2022 may be continued to August 12,

19  2022, at 2:00 p.m.

20      Mr. Lewis made his first appearance on this matter on July 28, 2022, at which time, at

21  defense counsel's request, the matter was set for a status conference on August 4, 2022.  Despite

22  defense counsel's diligence, she is in need of additional time for investigation.  The government

23  does not oppose this request.

24  //

25  //

26  //

27  //

28  //

1      PHILLIP A. TALBERT
       United States Attorney
2

3      DATED:  August 3, 2022      By */s/Kirk Sherriff*
                                   KIRK SHERRIFF
4                                  Assistant United States Attorney
                                   Attorneys for Plaintiff
5

6                                  HEATHER E. LEWIS
                                   Federal Defender
7

8      DATED:  August 3, 2022      By */s/Peggy Sasso*
                                   PEGGY SASSO
9                                  Assistant Federal Defender
                                   Attorneys for Defendant
10                                 SAMUEL LEWIS

11

12                          **ORDER**

13          IT IS SO ORDERED that the hearing status conference in the above-entitled case shall be

14     continued to August 12, 2022, at 2:00 p.m. before Judge Erica P. Grosjean.

15

16     IT IS SO ORDERED.

17          Dated:  **August 3, 2022**            /s/ *Erica P. Grosjean*

18                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

Lewis: Stipulation to Continue Status Conference                -2-