1  HEATHER E. LEWIS, Bar #122664
   Federal Defender
2  PEGGY SASSO, CA Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  SAMUEL LEWIS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No. 1:13-cr-00149 JLT-BAM

12            Plaintiff,             **STIPULATION TO CONTINUE STATUS
                                     CONFERENCE; ORDER THEREON**
13  vs.
                                     Date:  August 31, 2022
14  SAMUEL LEWIS,                    Time:  2:00 p.m.
                                     Judge: Hon. Stanley A. Boone
15            Defendant.

16

17        **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel that the status conference scheduled for August 19, 2022, may be continued to August

19  31, 2022, at 2:00 p.m.

20        At the last status conference on August 12, 2022, the matter was set over a week at

21  defense counsel's request with the understanding that Probation may need additional time to

22  obtain requested discovery.  Probation expects to receive the discovery next week.  Accordingly,

23  defense counsel requests that the matter be continued until August 31, 2022.  The government

24  does not oppose this request.

25  //

26  //

27  //

28  //

1                                            PHILLIP A. TALBERT
                                          United States Attorney

2

3  DATED:  August 17, 2022            By */s/ Kirk Sherriff*

4                                            KIRK SHERRIFF
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff

5

6                                            HEATHER E. LEWIS
                                          Federal Defender

7

8  DATED:  August 17, 2022            By */s/ Peggy Sasso*

9                                            PEGGY SASSO
                                          Assistant Federal Defender
                                          Attorneys for Defendant

10                                           SAMUEL LEWIS

11

12                                        **ORDER**

13       IT IS SO ORDERED that the hearing status conference in the above-entitled case shall be

14 continued to August 31, 2022, at 2:00 p.m. before Judge Barbara A. McAuliffe.

15

16       DATED:  August 17, 2022.

17                                    *Sheila K. Oberto*
                                   Hon. Sheila K. Oberto

18                                    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28