PHILLIP A. TALBERT
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>SAMUEL LEWIS,<br><br>                          Defendant. | CASE NO.  1:13-CR-0149 JLT BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>OLD DATE: September 23, 2022<br><br>NEW DATE:  September 30, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

The United States of America and defendant SAMUEL LEWIS, by and through their attorneys of record, submit this stipulation to continue the sentencing hearing in this case from September 23, 2022, to September 30, 2022, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  September 19, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant United States Attorney
Attorney for Plaintiff

Dated:  September 19, 2022

HEATHER E. WILLIAMS

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
SAMUEL LEWIS

**ORDER**

IT IS ORDERED that the sentencing hearing as to SAMUEL LEWIS is continued from September 23, 2022, to September 30, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 19, 2022**

UNITED STATES DISTRICT JUDGE