HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL HENRY LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00149-JLT-BAM |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO DELANCEY STREET** |
| vs. | |
| SAMUEL HENRY LEWIS, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Samuel Henry Lewis (Central Valley Annex Facility, Fed. Reg. No. 45871-112) shall be released from Central Valley Annex on Monday, October 3, 2022 at 7:00 a.m. into the custody of Kevin Mitchel, of the Office of the Federal Defender.  Mr. Mitchel shall transport Mr. Lewis directly to the California Department of Corrections, San Francisco Parole Unit 4 at 1727 Mission Street in San Francisco to meet with Officer R. Sanchez.  Following the meeting with Officer R. Sanchez, Mr. Mitchel will transport Mr. Lewis directly to the Delancey Street Foundation residential rehabilitation program, 600 Embarcadero, San Francisco, for intake and participation in the two-year program.  All previous imposed terms and conditions of supervised release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **September 30, 2022**

_____
UNITED STATES DISTRICT JUDGE